Todd M. Friedman (216752)
Nicholas J. Bontrager (252114)
Suren N. Weerasuriya (278512)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
nbontrager@attorneysforconsumers.com
sweerasuriya@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALFREDO LEON OREA,** | Case No. 3:13-cv-03950-RS |
| Plaintiff, | **STIPULATION EXTENDING TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND FOR DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS** |
| vs. | |
| **COMCAST CORPORATION,** | |
| Defendant. | |

Plaintiff, Alfredo Orea Leon ("Plaintiff"), by and through his counsel of record, and Defendant, Comcast Broadband Security, LLC dba Xfinity Home, erroneously sued as Comcast Corporation ("Defendant"), by and through its counsel of record (Plaintiff and Defendant will be collectively referred to as the "Parties"), hereby stipulate and agree as follows:

///

- 1 -
**STIPULATION EXTENDING TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND FOR DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS- Case No. 3:13-cv-03950-RS**

WHEREAS, Plaintiff filed a Complaint against Defendant on or about July 10, 2013, in the Superior Court of California, County of Contra Costa, alleging violations of the Fair Credit Reporting Act ("FCRA").

WHEREAS, on or about August 26, 2013, Defendant removed this case to the United States District Court, Northern District of California.

WHEREAS, on or about September 03, 2013, Defendant filed a Motion to Dismiss ("MTD") the Complaint.

WHEREAS, on or about September 17, 2013, Plaintiff filed a First Amended Complaint ("FAC").

WHEREAS, on or about October 04, 2013, Defendant filed an MTD to the FAC.

WHEREAS, the hearing for Defendant's MTD is currently scheduled for November 14, 2013, at 1:30 p.m., in Courtroom Three of the Northern District Court, before the Honorable Richard Seeborg.

WHEREAS, Plaintiff's deadline for filing an Opposition to Defendant's MTD is October 18, 2013.

WHEREAS, Defendant's deadline for filing a Reply in support of Defendant's MTD is October 25, 2013.

WHEREAS, Plaintiff and Defendant are attempting to informally resolve the matter without need for further motion practice.

WHEREAS, this stipulation is being made to allow Plaintiff and Defendant an additional reasonable amount of time to resolve the matter without incurring additional fees and costs that could otherwise be reserved for resolution of the instant matter.

WHEREAS, this stipulation is made in good faith and not for the purpose of delay.

**STIPULATION EXTENDING TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND FOR DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS- Case No. 3:13-cv-03950-RS**

IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel of record, that:

1. Plaintiff's time to file an Opposition to Defendant's MTD is extended to October 23, 2013; and

2. Defendant's time to file a Reply in Support of Defendant's MTD is extended to October 30, 2013.

Dated: October 18, 2013

 /s/Todd M. Friedman
Todd M. Friedman
Attorney for Plaintiff


Dated: October 18, 2013

   /s/  Scott McLeod
Scott McLeod
Attorney for Defendant

**PROOF OF SERVICE**

- 3 -

**STIPULATION EXTENDING TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND FOR DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS- Case No. 3:13-cv-03950-RS**

I, Todd M. Friedman, state the following:

I am employed in Los Angeles, California; I am over the age of 18 and am not a party to this action; my business address is 369 S. Doheny Dr., Ste. 415, Beverly Hills, CA 90211. On June 06, 2013, I served the following documents:

**STIPULATION EXTENDING TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND FOR DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS**

On the parties listed below:

COOPER, WHITE & COOPER, LLP
JIE-MING CHOU
SCOTT M. MCLEOD
jchou@cwclaw.com
smcleod@cwclaw.com
Attorneys for Defendant

By the following means of service:

[X] **BY ELECTRONIC CASE FILING:** I filed the submitted the document listed above via the court's Electronic Case Filing (ECF) system which provides electronic mail (email) service of the listed document directly to the party listed above to his/her "email address of record."

[X] **STATE:** I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on October 18, 2013, at Beverly Hills, California.

By: /s/ Todd M. Friedman
Todd M. Friedman

- 4 -
**STIPULATION EXTENDING TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND FOR DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS- Case No. 3:13-cv-03950-RS**