Todd M. Friedman (216752)
Nicholas J. Bontrager (252114)
Suren N. Weerasuriya (278512)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
nbontrager@attorneysforconsumers.com
sweerasuriya@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO LEON OREA, | ) Case No. 3:13-cv-03950-RS |
| Plaintiff, | ) (~~PROPOSED~~) ORDER GRANTING STIPULATION EXTENDING TIME |
| vs. | ) |
| COMCAST CORPORATION, | ) |
| Defendant. | ) |

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's time to file an Opposition to Defendant's MTD is extended to October 23, 2013; and

2. Defendant's time to file a Reply in Support of Defendant's MTD is extended to October 30, 2013.

///

Dated: 10/21/13

*[signature: Richard Seeborg]*

The Honorable Richard Seeborg
United States District Judge