COOPER, WHITE & COOPER LLP
JIE-MING CHOU (SBN 211346)
  jchou@cwclaw.com
SCOTT M. McLEOD (SBN 242035)
  smcleod@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:    (415) 433-1900
Facsimile:    (415) 433-5530

Attorneys for Defendant COMCAST BROADBAND SECURITY, LLC DBA XFINITY HOME, erroneously sued as COMCAST CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ALFREDO LEON OREA,<br><br>   Plaintiff,<br><br>vs.<br><br>COMCAST CORPORATION,<br><br>   Defendant. | CASE NO. 3:13-cv-03950-RS<br><br>**STIPULATED DISMISSAL (FRCivP 41(a)(1)(A)(ii))**<br><br>Trial Date: None Set |

**COOPER, WHITE & COOPER LLP**
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

739764.1                                                                                                                4:13-cv-03950-RS

STIPULATED DISMISSAL
(FRCivP 41(a)(1)(A)(ii))

The parties hereby stipulate to a dismissal with prejudice of this action in its entirety with no attorneys' fees, costs or other relief to be awarded for or against any party.

DATED: October 22, 2013  COOPER, WHITE & COOPER LLP

By: /s/Scott M. McLeod
Scott M. McLeod
Attorneys for Defendant COMCAST BROADBAND SECURITY, LLC DBA XFINITY HOME, erroneously sued as COMCAST CORPORATION

DATED: October 22, 2013  LAW OFFICES OF TODD M. FRIEDMAN

By: /s/Todd M. Friedman
Todd M. Friedman,
Attorneys for Plaintiff ALFREDO LEON OREA

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

739764.1    2    4:13-cv-03950-RS
STIPULATED DISMISSAL
(FRCivP 41(a)(1)(A)(ii))